UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62506-CIV-SMITH/REID

JOHN A. FRENCH, JR.,

    Plaintiff,

v.

STEPHEN KOTZEN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of Magistrate Judge [DE 32], in which the Magistrate Judge recommends that Defendant's Motion to Dismiss Plaintiff's Amended Complaint [DE 27] be granted because Plaintiff failed to comply with the Court's Orders and failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). The deadline for Plaintiff to file objections was June 25, 2021. To date, Plaintiff has failed to file any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation, the record, and given that Plaintiff did not object, it is

    **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge [DE 32] is **AFFIRMED** and **ADOPTED**.

2. Defendant's Motion to Dismiss Plaintiff's Amended Complaint [DE 27] is **GRANTED**.

3. Plaintiff's Amended Complaint [DE 13] is **DISMISSED without prejudice**.

4. The case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of June, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Parties of record